FILED

2020 JAN -2  AM 11: 55

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA
BY_____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | N**SACR20-00001**-DOC |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| v. | [18 U.S.C. §§ 2252A(a)(5)(B), (b)(2): Possession of Child Pornography] |
| DANIEL VINCENT DOYLE, | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 2252A(a)(5)(B), (b)(2)]

On or about January 15, 2019, in Orange County, within the Central District of California, defendant DANIEL VINCENT DOYLE knowingly possessed a Western Digital 500 GB Internal Hard Drive, bearing serial number WX41A5412992, that contained at least one image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), involving a prepubescent minor and a minor who had not attained 12 years of age, that had been mailed, and shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce

///

by any means, including by computer, knowing that the images were child pornography.

NICOLA T. HANNA
United States Attorney

*Scott M. Garringer*
Deputy Chief, Criminal Division For:

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

BENJAMIN R. BARRON
Assistant United States Attorney
Chief, Santa Ana Branch Office

JENNIFER L. WAIER
Assistant United States Attorney
Deputy Chief, Santa Ana
Branch Office

DANIEL S. LIM
Assistant United States Attorney
Santa Ana Branch Office